## Sholter's Appeal.

Argued November 23, 1936. Before KEPHART, C. J., SCHAFFER, MAXEY, LINN, STERN and BARNES, JJ.

*W. F. Daniels,* with him *J. Dress Pannell,* for appellants.

*Geo. Ross Hull,* for candidate.

PER CURIAM, November 24, 1936:

Upon careful review of the record, we are of opinion that the conclusion of the court below is correct, but, as the question is moot, we can only dismiss the appeal at appellants' cost.